ed at  2:36 P M
4/4, 20 19
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 7:18-CR-47 |
| v. | : |
| APRIL THORNTON, | : |
| Defendant | : |

## PLEA

I, **APRIL THORNTON**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead *Not Guilty* this *4th* day of *April*, 2019.

_____
APRIL THORNTON
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY