# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| April Thornton | **Repayment Agreement and Order** | No: 7:18-CR-00047-001 |

On August 27, 2020, April Thornton was sentenced to 36 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Thornton. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on August 27, 2020, I have been ordered to pay a total restitution of $338,976.00 and a special assessment of $100.00.

2.  On July 15, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on October 8, 2021. The current balance of my restitution is $334,621.00.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____  
April Thornton

_____  
LaQuesha D. Balkcom, U.S. Probation Officer

_____  
Assistant U.S. Attorney

05/22/2025  
Date

05/22/2025  
Date

05/25/2025  
Date

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____  
W. Louis Sands  
Senior U.S. District Judge

5/27/2025  
Date